No. 11-6477. Lance Collins, Petitioner v. H. A. Ledezma, Warden.

565 U.S. 1180, 132 S. Ct. 1142, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 973,

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 400 Fed. Appx. 375.